STATE OF NEW JERSEY, PROSECUTOR, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued October 17, 1946—Decided April 24, 1947.

For the respondents, *Autenrieth & Wortendyke* and *William P. Hanlon.*

For the prosecutor, *Walter D. Van Riper, Benjamin C. Van Tine, Charles A. Rooney* and *Joseph C. Glavin.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 13.

*For reversal*—None.